COPY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2000

at 10 o'clock and 15 min ___ M
WALTER A.Y.H. CHINN, CLERK

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:    541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00444 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) |
| PULEMAU FAITAU and         (01) ) ANDREW BURTON, JR.,       (02) ) | |
| Defendants ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about November 1, 2000, within the District of Hawaii, PULEMAU FAITAU did knowingly and intentionally possess with intent to distribute and distribute five (5) grams or more of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

The Grand Jury further charges that:

On or about November 1, 2000, within the District of Hawaii, ANDREW BURTON, JR. did knowingly and intentionally possess with intent to distribute five (5) grams or more of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges that:

On or about November 1, 2000, within the District of Hawaii, PULEMAU FAITAU did knowingly and intentionally possess with intent to distribute five (5) grams or more of cocaine base, a Schedule II controlled substance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: NOV. 15 2000, 2000 at Honolulu, Hawaii.

A TRUE BILL

/S/

---
FOREPERSON, GRAND JURY

---
STEVEN S. ALM
United States Attorney
District of Hawaii

---
ELLIOT ENOKI
First Assistant U.S. Attorney

---
TRACY A. HINO
Assistant U.S. Attorney

USA v. Pulemanu Faitau and Andrew Burton, Jr.
"Indictment"

3