**FILED**

DEC 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>PULEMAU FAITAU,<br><br>    Defendant - Appellant. | No. 05-15957<br><br>D.C. No. CV-05-00198-SOM<br>         CR-00-00444-1-SOM<br>Hawaii<br>(Honolulu)<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at __11__ o'clock and __28__ min. __A__ M
SUE BEITIA, CLERK

Before: SILVERMAN and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions and requests are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 22 2005

by _____
       Deputy Clerk

C:\GYC\Dec 2005 COA\05-15957(2255).wpd

---

Pulemau Faitau
FCIS - FEDERAL CORRECTIONAL INSTITUTION (SHERIDAN)
#87938-022
P.O. Box 5000
Sheridan, OR 97378-5000

---

ft
05-15957

------------------------------------------------------------

Tracy A. Hino
USH - OFFICE OF THE U.S. ATTORNEY
PJKK Federal Building
suite 6-100
300 Ala Moana Blvd.
P.O. Box 50183
Honolulu, HI 96850

------------------------------------------------------------

ft
05-15957