Returned
1/23/06
DP

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: June 21, 2005

To:    United States Court of Appeals   Attn:  (✓)   Civil
        For the Ninth Circuit
        Office of the Clerk               ( )   Criminal
        95 Seventh Street
        San Francisco, California 94103   ( )   Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:       CV 05-00198-SOM     Appeal No:   05-15957
             ~~CR 00-00444-SOM~~

Short Title:   USA vs. Faitau

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy  7/11/2001 |
| Sealed Docs: | | volumes (✓) under seal |
| | 13 | Docs: 10, 14, 19, 20, 28, 29, 30, 32, 36, 37, 38, 40, 56 |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 10, 14, 19, 20, 28, 29, 30, 32, 36, 37, 38, 40, 56

Acknowledgment: _____  Date: _____

cc:all counsel

84

January 3, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)

**Lower Court Number:** CV-05-00198-SOM

**Appeal Number:** 05-15957

**Short Title:** USA v. Faitau

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | **Certified Copy(ies)** | | | |
| **Reporters Transcripts in:** | 1 | | | 0 | **Certified Copy(ies)** | | | |
| **Exhibits in:** | 0 | **Envelopes** | | 0 | **Under Seal** | | | |
| | 0 | **Boxes** | | 0 | **Under Seal** | | | |
| | 0 | **Volumes** | **Volume** 0 | **of record** | 0 | **Under Seal** | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:** 13 sealed documents

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939


(415) 556-9800

# M E M O R A N D U M

---

**Date:**      May 23, 2005

**To:**        Clerk's Office
              U. S. District Court Hawaii

**From:**      Clerk's Office
              U. S. Court of Appeals
              By: Gail Nelson-Hom, Deputy Clerk

**Subject:**   Request for DC file.

---

Pursuant to the request of the Motion Attorneys Unit of this Court, please transmit the District Court file in the following case. **Please acknowledge receipt of the above request on the enclosed copy of this letter and return with the requested DC file.**

| No. | Title | D.C. No. |
|-----|-------|----------|
| 05-15957 | USA v. Faitau | CV-05-00198-SOM |
|          |               | *cr 00 - 444* |

If checked here_____, please also send all state court records.  If your court is not in possession of the state court record, please contact Steve Seferian by e-mail or by phone at (415) 556-9905.

Please send record directly to:

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAY 2 5 2005
DISTRICT OF HAWAII

[ ]        Records Unit
           U.S. Court of Appeals
           95 Seventh Street
           San Francisco, CA 94103


[ ]