ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 28 2008

at 4 o'clock and 00 min. ___ M.
SUE BEITIA, CLERK

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269

Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: alexander_silvert@fd.org

APPROVED AND SO ORDERED:

_/s/ Susan Oki Mollway_
UNITED STATES DISTRICT JUDGE

Attorney for Defendant
PULEMAU FAITAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PULEMAU FAITAU,<br><br>        Defendant. | CR. NO. 00-00444 SOM<br><br>MOTION TO CONTINUE FILING DEADLINE; CERTIFICATE OF SERVICE |

## MOTION TO CONTINUE FILING DEADLINE

COMES NOW the Office of the Federal Public Defender for the District of Hawaii, by and through, Alexander Silvert, First Assistant Federal Defender, having been appointed to represent PULEMAU FAITAU, and hereby

states that Counsel has spoken with Defendant. Mr. Pulemau Faitau was designated as a career offender. His guideline range was 262-327 months based upon the career offender guidelines. At the time of his original sentencing hearing, the government filed a 5K1.1 motion and the Court departed downward to 140 months. That represents a downward departure of 46%. The government has informed counsel that even though Mr. Faitau received a departure, taking him out of the career offender guidelines, they will oppose any further reduction pursuant to the crack cocaine amendment. While that amendment does not, per se, affect the career offender guidelines, the new amendment lowers Mr. Faitau's otherwise applicable drug guidelines by two levels. That reduction, the defense submits, needs to be considered by the Court in redetermining the extent of the departure given to Mr. Faitua based upon his cooperation. Accordingly, a motion will need to be filed by Mr. Faitau with the government expected to file an opposition. No court in the District of Hawaii has, as of yet, directly addressed this issue – where a defendant's original designation and resulting guideline range as a career offender was reduced by a departure motion.

At the present time, Mr. Faitau's projected release date is December 30, 2010. Currently, because Mr. Faitau was found to be a career offender, there is no alternative projected release date were this Court to further reduce his sentence.

Wherefore, after consulting with Mr. Faitau, counsel is requesting an additional 30 days by which to file a motion pursuant to the new crack cocaine amendment.

DATED: Honolulu, Hawaii, April 28, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PULEMAU FAITAU