PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      alexander_silvert@fd.org

Attorney for Defendant
PULEMAU FAITAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00444 SOM |
|   | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
|   | ) CONTINUE FILING DEADLINE |
| vs. | ) |
|   | ) |
| PULEMAU FAITAU, | ) |
|   | ) |
| Defendant. | ) |
|   | ) |

**STIPULATION AND ORDER TO CONTINUE FILING DEADLINE**

       IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the deadline for defense counsel to file a motion pursuant to the

new crack cocaine amendment shall be extended from May 28, 2008, to June 4, 2008.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, May 28, 2008.

                                    /s/ Alexander Silvert
                                   ALEXANDER SILVERT
                                   Attorney for Defendant
                                   PULEMAU FAITAU

                                    /s/ Larry L. Butrick
                                   FLORENCE T. NAKAKUNI
                                   LARRY L. BUTRICK
                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

    APPROVED AND SO ORDERED:

    DATED: Honolulu, Hawaii; May 29, 2008.



                                   /s/Susan Oki Mollway
                                   SUSAN OKI MOLLWAY
                                   UNITED STATES DISTRICT JUDGE