PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        alexander_silvert@fd.org

Attorney for Defendant
PULEMAU FAITAU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 00-0444 SOM |
| | ) |
| Plaintiff, | ) MOTION TO RESENTENCE |
| | ) PURSUANT TO 18 U.S.C. |
| vs. | ) § 3582(c)(2); MEMORANDUM OF |
| | ) LAW; EXHIBITS "A-C"; |
| PULEMAU FAITAU, | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) |

**MOTION TO RESENTENCE PURSUANT
TO PURSUANT TO  18 U.S.C. § 3582(c)(2)**

COMES NOW the defendant, PULEMAU FAITAU, through counsel,

Alexander Silvert, First Assistant Federal Defender, and moves this Honorable

Court to resentence Mr. Faitua pursuant to pursuant to 18 U.S.C. § 3582(c)(2) based upon the recent crack cocaine amendment to the Sentencing Guidelines.

This motion is based upon the attached memorandum of law and exhibits, and the Presentence Investigation Report filed in this matter.

DATED: Honolulu, Hawaii, June 4, 2008.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PULEMAU FAITAU

## CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on June 3, 2008:

FLORENCE T. NAKAKUNI  (Served Electronically through CM/ECF)
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, June 4, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PULEMAU FAITAU