# EXHIBIT C

# (Certificates)

# Certificate of Achievement

FCI SHERIDAN

hereby recognizes

## *Pulemau Faitau*

for completing the

### SELF HELP TECHNIQUES
IN
### DRUG ABUSE AND CRIMINALITY

AWARDED THIS 26th DAY OF April 2002

*Gary Lasky, Ed.D.*
*Drug Abuse Program Coordinator*

*Gary O. George, Ph.D. Contract Therapist*

# "BEAT THE STREET"

*This certifies that*

**PULEMAU FAITAU**

## PARTICIPATED IN A FIVE-PART RELAPSE PREVENTION SERIES CLEAN AND SOBER IN THE CITY

FCI SHERIDAN

JUNE 24, 2002



Chief Psychologist



Instructor



# Certificate of Achievement

THE DRUG EDUCATION PROGRAM

FCI SHERIDAN

hereby recognizes

## Pulemau Faitau

for completing the

## Drug Education Class

AWARDED THIS 8th DAY OF May 2003

S. Miesner, B.S., Drug Treatment Specialist



# Certificate of Achievement

This certifies that

**Pulemau Faitau**

**has satisfactorily completed**

*FILM STUDY "CINEMA MIX III"*

Consisting of ___24___ Hours of Training

This certificate is hereby issued this ___20th___ day of ___June___, 2002



R. Ritter

R. RITTER, SUPERVISOR OF EDUCATION

R. Boeger

R. BOEGER, ACE COORDINATOR



# Certificate of Achievement

This certifies that

**Pulemau Faitau**

**has satisfactorily completed**

*FILM STUDY "CINEMA MIX IV"*

Consisting of ____20____ Hours of Training

This certificate is hereby issued this ___13th___ day of September, 2002

_____
R. RITTER, SUPERVISOR OF EDUCATION

_____
R. BOEGER, ACE COORDINATOR





# Certificate of Achievement

## This certifies that

### PULEMAN FAITAU

### has satisfactorily completed

Classic Cinema 7

### Consisting of ___24___ Hours of Training

This certificate is hereby issued this ___21th___ day of ___June___, 2003

WILLIAM BROWN JR., SUPV. OF EDC.

R. BOEGER, ACE COORDINATOR

# Certificate of Completion

Be it known that
this certificate is presented by the
**Sheridan Education Department** To:

## Faituau Puleman

For the successful completion of **Film Studies: Mixed 13 A.C.E. course.**
This Certificate is hereby issued on 29th Day of December 2004

Supervisor of Education

A.C.E. Coordinator

# Certificate of Completion

This Certifies That

*Puleman Faitau*

Has Satisfactorily Completed

## S.M.A.R.T. Choices!

An Accelerated Life Skills Program

Consisting Of 15 Hours Of Training Completed On

June 8, 2004

Paul Perona, Counselor

# Certificate of Completion

This Certifies That

## Puleman Faitau

Has Successfully completed
36 Hours of Wellness Training for

### Circuit Training I

At F.C.I. Fort Dix, New Jersey

December 31, 2005

C. Worthy, Recreation Specialist



# Certificate of Completion

Presented to

## P. Fariau

Has Successfully completed
36 Hours of Wellness Training for
Circuit Training II.

C. Worthy, Rec. Specialist

March 31, 2006

# Certificate of Achievement

**This certifies that**

PULEMAU FAITAU

**has satisfactorily completed**

Electric 1

**Consisting of** __24__ **Hours of Training**

**This certificate is hereby issued this** __6th__ **day of** __December__ **, 20** 03

WILLIAM BROWN JR. SUPV. OF EDC.

R. BOEGER, ACE COORDINATOR







Joe Montana, Sr.

Joe Montana

# Certificate of COMPLETION

This is to certify that

has satisfactorily completed a course of instruction in

## Faitau Pulemau

### Basic Woodworking

The course consisted of 320 hours



Gary Glover, Off Es Program Manager

Ron Juntzi, Director of Trades & Technologies Dept.

Loji Murphy, Director of Corrections Education Dept.

Date June 27, 2002

TOYS FOR KIDS

CHEMEKETA COMMUNITY COLLEGE

# Certificate of Accomplishment

Awarded to

## R. P. Failan

As the lead Instructor for 36 hours of

## SS Power



_____

Mr. J. Thomas
Recreation Specialist

January 1st, 2008

```
PAGE 001 OF 001  *            INMATE EDUCATION DATA         *    02-06-2008
                                  TRANSCRIPT               *    08:30:51
REGISTER NO: 87938-022    NAME..: FAITAU
FORMAT.....: TRANSCRIPT    RSP OF: FTD-FORT DIX FCI        FUNC: PRT

------------------------------ EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME  STOP DATE/TIME
FTD  ESL HAS    ENGLISH PROFICIENT             12-21-2001 0001 CURRENT
FTD  GED HAS    COMPLETED GED OR HS DIPLOMA    12-21-2001 0001 CURRENT
------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV   HRS
FTD GP      ADVANCE BEADERY S/TH/S 6-8PM 01-14-2008  CURRENT
FTD GP      55 & OVER FITNESS S/T/TH 6-7PM 05-05-2006 07-09-2006 P  C  P    36
FTD GP      CIRCUIT TRNG ADV S/T/TH 6-8PM 01-30-2006 03-26-2006 P  C  P    40
FTD GP      BCIT HAZARDOUS MATERIALS      07-11-2005 01-24-2006 P  W  I    30
FTD GP      CIRCUIT TRNG BEG M/W/F 6-8PM  11-04-2005 12-20-2005 P  C  P    36
SHE         FILM STUDIES 13 6-8 PM TUE    10-03-2004 01-06-2005 P  C  P    20
SHE         PRE-RELEASE SMART CHOICES FCI 04-06-2004 07-01-2004 P  C  P    15
SHE         ELECTRONICS 1 FCI 6-8PM TUES. 09-16-2003 12-10-2003 P  C  P    24
SHE         FILM STUDY  CLASSICS 7 6-9PM W 03-31-2003 06-18-2003 P  C  P    24
SHE         FCI BEAT THE STREETS          05-13-2002 06-24-2002 P  C  P     7
SHE         FILM STDY. MIX 4 FCI 6-8PM MON 06-24-2002 09-09-2002 P  C  P    24
SHE         PRE RELEASE RELEASE PROCEDURES 07-02-2002 07-02-2002 P  C  P     2
SHE         VT/OJT WOODWORKING/TOY        01-02-2002 06-28-2002 P  C  C   320
SHE         FILMS MIX 3 FCI 6-8 PM H      04-04-2002 06-18-2002 P  C  P    24
SHE         PRE RELEASE COMMUNITY RESOURCE 06-04-2002 06-04-2002 P  C  P     2
SHE         PRE-REL. WRKSHP FINANCE MGMT. 05-07-2002 05-07-2002 P  C  P     2
SHE         WELLNESS FPC 6-7PM M,W        01-01-2002 03-18-2002 P  C  P    40
SHE         CINEMA MIX FCI 6-8PM THR.     01-10-2002 03-28-2002 P  C  P    24
SHE         PRE-REL. WRKSHP EMPLOYMENT    04-02-2002 04-02-2002 P  C  P     2
SHE         PRE RELEASE HEALTH/NUTRITION  03-05-2002 03-05-2002 P  C  P     2
SHE         PARENTING FCI 2-3:30PM T-H    01-17-2002 03-22-2002 P  C  P    40
SHE         PRE RELEASE PERSONAL GROWTH   02-05-2002 02-05-2002 P  C  P     2



G0000      TRANSACTION SUCCESSFULLY COMPLETED
```