PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      alexander_silvert@fd.org

Attorney for Defendant
PULEMAU FAITAU

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2008

at 4 o'clock and 03 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No.  00-0444 SOM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER  ) REDUCING SENTENCE |
| vs. | ) PURSUANT TO 18 U.S.C.  ) § 3582(c) |
| PULEMAU FAITAU, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER REDUCING
## SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 140 months incarceration imposed on July 11, 2001, is reduced to 120 months. All other provisions of the sentence imposed on July 11, 2001, remain unaltered.

The defendant, PULEMAU FAITAU, is currently serving a term of imprisonment for an offense involving cocaine base (crack). Mr. Faitau has spoken to counsel regarding this matter by phone. Mr. Faitau consents to counsel entering into this stipulation.

Mr. Faitau was sentenced by this Court on July 11, 2001, to a term of 140months imprisonment. His guideline range was 262-327 months, based on a total offense level of 34 and a criminal history category of VI. However, the government filed a motion to reduce Mr. Faitau's sentence pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e). The Court granted the motion and reduced Mr. Faitau's guideline range six levels, to level 28, and sentenced Mr. Faitau to 140 months, the low-end of the range (140-175 months).

In light of the new Sentencing Guideline crack cocaine amendment, and in light of the particular factors unique to this case, particularly the role which the amount of crack cocaine may have played in determining the downward departure that was originally awarded in this case and Mr. Faitau's conduct while in prison, but without agreeing or deciding whether the new crack cocaine amendment applies to defendants sentenced as career offenders, the parties agree that Mr. Faitau sentence should be reduced by two levels pursuant to § 3582(c).

The parties agree that Mr. Faitau should receive a similar two level reduction. This results in a new total offense level of 26 rather than 28, with a new guideline range of 120-150 months. The parties agree, therefore, that Mr. Faitau's new sentence of incarceration should be reduced from 140 months to 120.

Wherefore, the parties agree that Mr. Faitau's sentence be 120 months.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, June 27, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
PULEMAU FAITAU

/s/ Florence Nakakuni
FLORENCE NAKAKUNI
Attorney for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; June 27, 2008.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

UNITED STATES v. PULEMAU FAITAU; Cr. No. 00-0444 SOM; STIPULATION AND ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)