# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| United States of America ) | Case No.: 00-00444 SOM |
| v. ) | USM No.: 87938-022 |
| **PULEMAU FAITAU** ) | |
| ) | |
| Date of Previous Judgment: 07/25/01 ) | Alexander Silvert |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon stipulation by the parties under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 140 months **is reduced to** 120 months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 28* | Amended Offense Level: | 26* |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 140 to 175 months | Amended Guideline Range: | **120-150 months** |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

*The previous offense level of 28 was the result of the court's granting of the government's motion for downward departure. The predeparture offense level was 34 (262-327 months). The court does not here decide the issue of whether the offense level should be adjusted as a matter of law for a career offender, instead adjusting the sentence in light of the previous departure and the other circumstances of this case, consistent with the parties' stipulation.

Except as provided above, all provisions of the judgment dated 07/25/01 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/27/08

Effective Date: _____
(if different from order date)

_____
Judge's signature

Susan Oki Mollway, United States District Judge
Printed name and title